UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTHA D ENGLAND et al.,

    Plaintiffs,                                Case No. 22-11129

v.                                          HON. MARK A. GOLDSMITH

DENSO INTERNATIONAL AMERICA, INC.
et al.,

    Defendants.
_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                                    KINIKIA ESSIX
                                                    CLERK OF THE COURT

                        By: s/Karri Sandusky
                              DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: July 28, 2023